# United States Court of Appeals
### For the Eighth Circuit

_____

No. 20-2466
_____

United States of America

*Plaintiff - Appellee*

v.

Deleon Gadison

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Central
_____

Submitted: April 21, 2021
Filed: April 27, 2021
[Unpublished]
_____

Before SHEPHERD, GRASZ, and KOBES, Circuit Judges.
_____

PER CURIAM.

Deleon Gadison appeals after the district court[1] denied his motion seeking a sentence reduction under the First Step Act. His counsel has moved for leave to withdraw, and has filed a brief challenging the denial.

Upon careful review, we conclude that the district court did not abuse its discretion in denying Gadison a sentence reduction. See United States v. McDonald, 944 F.3d 769, 771 (8th Cir. 2019) (defendant's eligibility for reduced sentence under First Step Act is reviewed de novo, and district court's decision to grant or deny authorized sentence reduction is reviewed for abuse of discretion); United States v. Williams, 943 F.3d 841, 844 (8th Cir. 2019) (sentencing court must have considered the parties' arguments and have a reasoned basis for its decision); see also United States v. Banks, 960 F.3d 982, 984 (8th Cir. 2020) (this court presumes that district court has considered arguments raised by defendant).

Accordingly, we affirm the judgment of the district court and grant counsel permission to withdraw.

_____

[1]The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.